

# Fourth Court of Appeals
## San Antonio, Texas

August 2, 2019

No. 04-19-00340-CR

Veronica **HERNANDEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR6780W
Honorable Frank J. Castro, Judge Presiding

# O R D E R

On July 6, 2018, appellant was placed on community supervision for a period of three years. On January 30, 2019, the trial court signed an order amending the conditions of her community supervision. Appellant now appears to be appealing the trial court's order amending the conditions of her community supervision. However, this court does not have jurisdiction to consider an appeal from an order altering or modifying the conditions of community supervision. *See Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977); *Quaglia v. State*, 906 S.W.2d 112, 113 (Tex. App.—San Antonio 1995, no pet.).

Accordingly, we **ORDER** appellant to show cause in writing **on or before August 12, 2019** stating why this appeal should not be dismissed for want of jurisdiction.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of August, 2019.



KEITH E. HOTTLE,
Clerk of Court